1
2
3
4
5
6
7
8
9
10

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RANDALL SHERMAN, ) | CV F- 05-0574 AWI DLB P |
| ) | |
| Plaintiff, ) | ORDER DIRECTING PLAINTIFF TO SUBMIT USM 285 FORMS |
| ) | |
| v. ) | |
| ) | |
| M. KRAMER, et. al., ) | |
| ) | |
| Defendant. ) | |

Plaintiff is a state prisoner proceeding pro se and in forma pauperis with a civil rights complaint. The complaint appears to state a cognizable claim for relief for cruel and unusual punishment in violation of the Eighth Amendment. Accordingly, IT IS HEREBY ORDERED that:

    1.    Service is appropriate for defendant M. Kramer.

    2.    The Clerk of the Court shall send Plaintiff one (1) USM-285 form, one (1) summons, a Notice of Submission of Documents form, an instruction sheet and a copy of the complaint filed April 22, 2005.

    3.    Within TWENTY (20) DAYS from the date of this Order, Plaintiff shall complete the attached Notice of Submission of Documents and submit the completed Notice to the Court with the following documents:

        a.      Completed summons;

        b.      One completed USM-285 form for each defendant listed above; and

        c.      Two (2) copies of the endorsed complaint filed April 22, 2005.

4. Plaintiff need not attempt service on Defendant and need not request waiver of service. Upon receipt of the above-described documents, the court will direct the United States Marshal to serve the above-named Defendant pursuant to Federal Rule of Civil Procedure 4 without payment of costs.

5. <u>The failure to comply with this Order will result in a Recommendation that this action be dismissed.</u>

IT IS SO ORDERED.

**Dated:**   **March 1, 2006**                         **/s/ Dennis L. Beck**
3c0hj8                                       UNITED STATES MAGISTRATE JUDGE