IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| **RANDALL SHERMAN,** | 1:05-CV-00574 AWI DLB P |
| Plaintiff, | **ORDER** |
| v. | |
| **M. KRAMER,** | |
| Defendant. | |

On July 7, 2006, Defendant sought an extension of time of forty-five days, up to and including August 24, 2006, in which to file a responsive pleading.

Good cause appearing, Defendant's request is granted.

IT IS SO ORDERED.

    **Dated:   July 10, 2006**　　　　　　　　　　**/s/ Dennis L. Beck**
3c0hj8　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

[Proposed] Order

1