1

2

3

4

5

6

7

8                         UNITED STATES DISTRICT COURT

9                        EASTERN DISTRICT OF CALIFORNIA

10

11   RANDALL SHERMAN,                    1:05-cv-00574-AWI-DLB-P

12              Plaintiff,        **ORDER ADOPTING FINDINGS AND
                                  RECOMMENDATIONS** (Doc. 17)
13   vs.
                                  **ORDER GRANTING MOTION TO
14   M. KRAMER,                   DISMISS** (Doc. 15)

15              Defendant.        **ORDER DISMISSING ACTION**
     _____/

16

17        Plaintiff, Randall Sherman ("plaintiff"), a state prisoner

18   proceeding pro se and in forma pauperis, has filed this civil

19   rights action seeking relief under 42 U.S.C. § 1983.  The matter

20   was referred to a United States Magistrate Judge pursuant to 28

21   U.S.C. § 636(b)(1)(B) and Local Rule 72-302.

22        On November 27, 2006, the Magistrate Judge filed Findings

23   and Recommendations herein which were served on the parties and

24   which contained notice to the parties that any objections to the

25   Findings and Recommendations were to be filed within twenty (20)

26   days.  To date, the parties have not filed objections to the

27   Magistrate Judge's Findings and Recommendations.

28   //

                                    1

1    In accordance with the provisions of 28 U.S.C.

2 § 636(b)(1)(C) and Local Rule 73-305, this Court has conducted a

3 de novo review of this case.  Having carefully reviewed the

4 entire file, the Court finds the Findings and Recommendations to

5 be supported by the record and by proper analysis.

6    Accordingly, IT IS HEREBY ORDERED that:

7    1.   The Findings and Recommendations, filed November 27,

8 2006, are ADOPTED IN FULL;

9    2.   Defendant's unenumerated Rule 12(b) motion, filed

10 August 7, 2006, is GRANTED; and,

11    3.   This action is DISMISSED, without prejudice, based on

12 plaintiff's failure to exhaust the available administrative

13 remedies.

14

15 IT IS SO ORDERED.

16 **Dated:   February 10, 2007**          _____/s/ Anthony W. Ishii_____
   0m8i78                          UNITED STATES DISTRICT JUDGE

17

18

19

20

21

22

23

24

25

26

27

28